UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHAPTER: 13

IN RE:

CASE NO.: 16-21118-LMI

LEONIDES MARTINEZ

Debtor,

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned Attorney hereby appears in the above captioned case as counsel for TOTALBANK. Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be given and all papers served or required to be served and filed in this case be given to and served upon the undersigned at the address set forth below:

> CARIDAD M. GARRIDO, ESQ.
> FLORIDA BAR NO. 814733
> GARRIDO & RUNDQUIST, P.A,
> 2100 PONCE DE LEON BLVD.
> SUITE 940
> CORAL GABLES, FLORIDA 33134
> (305) 447-0019 (voice)
> (305) 447-0018 (telefax)
> cary@garridorundquist.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights, property or interests of TOTALBANK, and/or the debtor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of August, 2016 I electronically filed this foregoing in the above captioned case with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission or Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

In Re:   Leonides Martinez
Case No.: 16-21118-LMI

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910(D)(1) and (2).

/s/ Caridad M. Garrido
CARIDAD M. GARRIDO, ESQ.
FLORIDA BAR NO. 814733
GARRIDO & RUNDQUIST, P.A,
2100 PONCE DE LEON BLVD.
SUITE 940
CORAL GABLES, FLORIDA 33134
(305) 447-0019 (voice)
(305) 447-0018 (telefax)
cary@garridorundquist.com

**SERVICE LIST**

**Debtor**
Leonides Martinez
355 NW 109 Ave #614
Miami, FL 33172

**Trustee**
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

**Attorney for Debtor**
Robert Sanchez, Esq
355 W. 49 St.
Hialeah, FL 33012

**U.S. Trustee**
**Office of the U.S. Trustee**
51 S.W. 1st Av
Suite 1204
Miami, FL 33130

GARRIDO & RUNDQUIST, P.A.
2100 Ponce de Leon Blvd., Ste 940
Coral Gables, Florida 33134
Telephone (305) 447-0019
Facsimile (305) 447-0018

By: /s/ Caridad M. Garrido
   Caridad M. Garrido, Esq.
   Florida Bar No. 814733
   Attorney for Total Bank