UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Leonides Martinez                                    Case No: 16-21118-LMI
                                                     Chapter 13
_____Debtor_____/


## NOTICE OF CHANGE OF MAILING ADDRESS

COMES NOW the Debtor Leonides Martinez by and through the undersigned counsel and files this Notice of address correction would state as follows:

1. The debtor wishes to change her mailing address to 11937 SW 274 Street, Homestead, FL 33032.

2. The debtor home address will stay the same.

I HEREBY CERTIFY that a true and correct copy of the Notice Address Correction was upload cm/ecf on this 2nd day of November 2016.
.

                                        Robert Sanchez, Esq.
                                        355 West 49 Street
                                        Hialeah, FL 33012
                                        Tel. (305)-687-8008

                                        By:  /s/ Robert Sanchez
                                        Robert Sanchez, Esquire
                                        FBN#0442161