# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Leonides Martinez          JOINT DEBTOR:                              CASE NO.: 16-21118-LMI
Last Four Digits of SS# 4785       Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 271.16   for months  1 to  60 ; in order to pay the following creditors:

<u>Administrative</u>:        Attorney's Fee - $ 3650  TOTAL PAID $ 2490  Balance Due $ 1160
                            payable $ 232.00         /month (Months 1 to 5)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None                              Arrearage on Petition Date  $
Address:                              Arrears Payment    $          /month (Months       to      )
                                      Regular Payment    $          /month (Months       to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None              Total Due  $
                     Payable    $         /month (Months    to    ) Regular Payment $

<u>Unsecured Creditors</u>: Pay $ 12.05/month (Months 1 to  5 ) and Pay $244.05/month (Months 6 to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                                    Joint Debtor
Date: 8-23-2016                                            Date:

LF-31 (rev. 01/08/10)