RE: Leonides Martinez    **PRO SE**    Case # 16-21118-LMI

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ✓ Tax returns: Corp:2014-2015
- ✓ Bank Account Statements   3 months pre-petition
  #5860  8/1-8/7/16
- ___ .heck copy
- ✓ Explain W/D on 5/23 $1110.86, 6/30 $1364.84
- ___ FMV(NADA/Carmax), Reg and Payoff: Vehicles
- ___ FMV and Payoff: Real Estate
- ___ Non homestead Information Sheet
- ✓ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- ✓ BDQ & attachments  ✓ Profit & Loss  ✓ Balance Sheet
- ✓ Bank statements and checks  ✓ 3 months

- ✓ Photo ID(s)  ✓ LF 90  ✓ LF67   ___ LF10
- ___ Domestic Support Info: name address and phone
- ___ Affidavit of Support
- ✓ 2016(B)    ___ K/Retirement Stmts    ___ Life Ins Policy
- ✓ Other provisions  ✓ IVL   100%   ___ Lawsuit  ✓ Lease
       ___ Gambling  ___ HAMP  ___ LMM/MMM
- ___ Plan does not fund
- ___ Calculation errors/improper months
- ___ Valuation motion has not been filed
- ___ LMM/MMM motion not filed
- ✓ Reaffirm, redeem or surrender Sch D & G creditor
- ___ Creditor on plan not listed in Schedules or no filed POC
- ___ Priority debt on Sch E not in plan
- ✓ Object or Conform to Proof of Claim
       ___ Miami-Dade County    ___ Tax Certificate(DE#___)
       ___ Dept of Revenue    ___ IRS
  NISSAN #1

- ✓ Other: AMD SCH D TO REMOVE LEASE VEH

- ___ Fee application (see court guideline 6)
- ___ Income understated ___ stubs ___ taxes
- ___ co-debtor ___ stubs ___ taxes
- ___ Spouse's pay advices/spouse's wages not disclosed
- ___ Proof of household size (government ID w/ address) and income of all adults
- ___ Best effort < 36 months < 60 months
- ___ Expenses objectionable: Sch J ☐ Provide Proof
- ___ D/I > 100%  < 90%  Feasibility
- ✓ Info on transfer SOFA ___ undisclosed
- ___ Tolling Agreement(s) paid daughter in law credit card

- ✓ Objection to Exemption (specifics to be filed)
       To be heard with confirmation at 1:30 pm
- ___ Ch 7 s/b ___ plus tax refund / valuations
- ___ Good faith to unsecured
- ✓ Expenses: documentation/calculation: CMI line
  16, 25, 41
- ___ CMI/DI ___ x 60 = ___
- ☐ Plus income/expenses issues ☐ Trustee est. $___
- ___ Undervalued collateral should be

Other: provide info on all prop owned by dbs company. address + payoff + fmv of warehouses
why is this a negative on SOFA #8
provide info on gift to Elizabeth (and Add to Chp 13 pl.
Amend Sch A to list 4 warehouses under debtors name + payoff)

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

**IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. _The debtor or debtor's attorney must appear at the confirmation hearing_** The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on  12-22-16  to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027