

**ORDERED in the Southern District of Florida on December 7, 2016.**

Laurel M. Isicoff
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
~~MIAMI DIVISION~~
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 16-21118-LMI |
| | CHAPTER: 13 |
| LEONIDES MARTINEZ | |
| Debtor, | |

**ORDER GRANTING 166XX SW 117 AVE LLC,**
**RELIEF FROM AUTOMATIC STAY**

This cause came before the Court upon a Motion for Relief from the Automatic Stay (Doc #22) filed by Movant, 166XX SW 117 AVE LLC, a secured creditor in this case. The Motion for Relief from Automatic Stay was filed and served according to Local Rule 4001-1(C), and the matter being heard on December 6, 2016.

Therefore, it is

ORDERED as follows:

1.    The Motion for Relief From Stay filed by Movant, 166XX SW 117 AVE LLC., is granted.

2.      The automatic stay provided by 11 U.S.C. § 362 is modified as to 166XX SW 117 AVE LLC.  Accordingly, the automatic stay is modified to permit the Movant to proceed with its foreclosure action and sale of the real property, the legal description of which is described below.

Condominium Unit No. 2, Building "E" of Grand Turning Point Business Center I Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 24848, Page 255, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida.

Condominium Unit No. 10, in Building "D" of Grand Turning Point Business Center I Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 24848, Page 255, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida.

Condominium Unit No. 10, in Building "E" of Grand Turning Point Business Center I Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 24848, Page 255, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida.

Condominium Unit No. 11, in Building "G" of Grand Turning Point Business Center I Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 24848, Page 255, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida.

3.      The entry of this Order does not prevent the Debtor from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs as permitted by state law and the Note and Mortgage.

4.      This Order is entered for the sole purpose of allowing 166XX SW 117 AVE LLC., to proceed with its foreclosure action, sale, certificate of title and possession of the real property described above. 166XX SW 117 AVE LLC., shall not seek or obtain an *in personam* judgment against the Debtor.

### 

Submitted by:
GARRIDO & RUNDQUIST, P.A.
Caridad M. Garrido
Florida Bar No.  814733
2100 Ponce de Leon Blvd., Ste 940
Coral Gables, Florida 33134
Telephone (305) 447-0019
Facsimile(305)447-0018
cary@garridorundquist.com

The Movant is directed to serve copies of this Order on the parties listed and file a Certificate of Service conforming with Local Rule 2002-1(F).

**_Debtor_**
**Leonides Martinez**
355 NW 109 Ave, #614
Miami, FL 33172
MIAMI-DADE-FL
SSN / ITIN: xxx-xx-4785

represented by **Robert Sanchez, Esq.**
**355 W. 49 St.**
**Hialeah, FL 33012**
**Tel: (305) 687-8008**
**Fax: (305) 512-9701**
**Email:**
**court@bankruptcyclinic.com**

**_Trustee_**
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

**_U.S. Trustee_**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285