## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 3d Amended Plan

DEBTOR: Leonides Martinez          JOINT DEBTOR:                           CASE NO.: 16-21118-LMI
Last Four Digits of SS# 4785       Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 271.16   for months 1 to 60 ; in order to pay the following creditors:

<u>Administrative</u>:          Attorney's Fee - $ 3650  TOTAL PAID $ 2490 Balance Due $ 1160
                               payable $ 232.00      /month (Months 1 to 5)

<u>Secured Creditors</u>:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $
Address:                         Arrears Payment     $          /month (Months       to      )
                                 Regular Payment     $          /month (Months       to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None               Total Due  $
                      Payable    $          /month (Months     to     ) Regular Payment $

<u>Unsecured Creditors</u>:  Pay $ 12.04/month (Months 1 to 5) and Pay $244.04/month (Months 6 to 60).

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor assumes the lease held by BMW Financial Services for the 2015 BMW 328I. The debtor is current with secured creditors Villas Del Alhambra Condominium Assn. Inc and Nissan Motor Acceptance and will continue to pay said creditors directly outside the chapter 13 plan. The Debtor surrenders and abandons all interest, if any, in the warehouse properties (16667 SW 117 AVE UNIT: 11G, Miami, FL 33177-2185; 16665 SW 117 AVE UNIT: 10E, Miami, FL 33177-2185; 16617 SW 117 AVE UNIT: 10D, Miami, FL 33177-2185; 16649 SW 117 AVE UNIT: 2E, Miami, FL 33177-2185) on which relief from stay was Ordered in full satisfaction as to any unsecured portion of 166xx SW 117 Ave, LLC's claim.
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

   I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

         /s/ Robert Sanchez, Esq.
Attorney for Debtor                              Joint Debtor
Date: 01/06/2017                                 Date:


LF-31 (rev. 01/08/10)